CONTINENTAL PURCHASING CO., INC., Respondent, v. METAL PACKAGE CORPORATION and NATIONAL CAN COMPANY, INC., Appellants.— Order, so far as appealed from, denying defendants' motion for a bill of particulars of certain items of the amended complaint unanimously modified by allowing the following items of the notice of motion in addition to those granted at Special Term: Item 5(b); item 9(a), (b), (c) and (d); item 10(c) and (f); item 14(b), (c) and (d) and item 15(a), and in all other respects affirmed, without costs. No opinion. Verified bill of

particulars to be served within fifteen days after service of order. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.